**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7855**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EMMANUEL ODEMENA,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-91-305, CA-97-1919-HAR)

---

Submitted:  July 2, 1998          Decided:  July 21, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Emmanuel Odemena, Appellant Pro Se.  Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmanuel Odemena appeals two district court orders, the first denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and the second denying his motion for extension of time to file a motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Odemena, Nos. CR-91-305, CA-97-1919-HAR (D. Md. Nov. 5, 1997 and Dec. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2